

ATTORNEYS AT LAW

800 Third Avenue
13th Floor
New York, NY 10022

Matthew B. Corwin
212-471-6220
mcorwin@hinshawlaw.com

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

July 12, 2016

**VIA ELECTRONIC FILING**

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

  Re: ***Banda v. Northland Group, Inc.***
    Docket No. 1:15-cv-06894-ENV-ST

Dear Judge Tiscione:

  We represent Defendant, Northland Group, Inc. ("Northland"), in the above-referenced lawsuit and write in response to the letter of Plaintiff's counsel, Adam J. Fishbein, Esq., which announced that that Plaintiff will not attend the initial conference scheduled for July 14, 2016 at 11:30 a.m. (Docket No. 13).

  It is respectfully suggested that if the parties are going to have meaningful settlement discussions, as is understood to be part of the Court's agenda for the initial conference, it is imperative that the Plaintiff be available to attend the conference.  This is particularly true in a proposed class-action lawsuit such as this where any damages awardable to the Plaintiff are statutorily fixed under the Fair Debt Collection Practices Act, and Plaintiff is seeking to serve as the representative of the purported class.  Therefore, we respectfully request that the Court instruct Plaintiff to provide dates that she will be available to attend the initial conference and that the conference be adjourned accordingly.

  We thank the Court for its consideration in this matter.

        Respectfully submitted,

        HINSHAW & CULBERTSON LLP

        By: */s/ Matthew B. Corwin*
          Matthew B. Corwin

cc: *All Counsel of Record* (Via ECF)