UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BASYA BANDA, on behalf of herself and all others
similarly situated,

                                   Plaintiff,

                -against-

NORTHLAND GROUP INC.,

                                   Defendants.

Docket No: 1:15-cv-06894-ENV-ST

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, Plaintiff's individual claims and the claims of the putative

class are dismissed without prejudice with leave to reinstate within 60 days after November 2,

2016, at which time the dismissal will automatically convert to a dismissal, on the merits, and

with prejudice as to only Plaintiff's individual claims.

Dated: November 7, 2016

**ADAM J. FISHBEIN, P.C.**
/s/ Adam J. Fishbein
735 Central Avenue
Woodmere, NY 11598
*Attorney for Plaintiff*

Dated: November 7, 2016

**HINSHAW & CULBERTSON LLP**
/s/ Matthew B. Corwin
Matthew B. Corwin, Esq.
800 Third Avenue, 13th Floor
New York, New York 10022
Tel: (212) 471-6200
*Attorneys for Northland Group Inc.*

**/SO ORDERED/**

s/ Eric N. Vitaliano

The Clerk is directed
to close this case.